```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :       ORDER

     - against -                  :       97 Cr. 809 (DC)
                                          02 Civ. 5992 (DC)
ELADIO PADILLA,                   :       16 Civ. 3622 (DC)

              Defendant.          :

- - - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge**:

        The Clerk of Court is directed to docket the circuit court's January 28, 2020 mandate (see Crim. Dkt. No. 116) on the following civil docket: 16-cv-3622. The Clerk of Court is further ordered to separate the mandate from the successive § 2255 petition attached thereto and create a new docket entry on the same civil docket (16-cv-3622) consisting exclusively of the petition, which shall be treated as defendant Eladio Padilla's successive § 2255 motion.

        Within thirty days of the date of this order, Padilla may file an amended § 2255 motion or, in the alternative, submit a letter stating that he wishes to rely on what he has already filed (i.e., his successive § 2255 petition).

        Within thirty days of the date of Padilla's submission, the United States Attorney's Office for the Southern District of New York shall file an answer or other pleading in

response to the motion. Padilla shall have thirty days from the date on which he is served with the government's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated: New York, New York
April 1, 2020

                          ___s/Denny Chin_____
DENNY CHIN
United States Circuit Judge
Sitting by Designation