# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 28, 2020

**BY ECF**

Honorable Denny Chin
United States Circuit Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Eladio Padilla*, 97 Cr. 809 (DC)
             *Eladio Padilla v. United States*, 16 Civ. 3622 (DC)

Dear Judge Chin:

    By order dated April 1, 2020 (Cr. Dkt. 117), the Court directed that, within 30 days of the order, "Padilla may file an amended § 2255 motion or, in the alternative, submit a letter stating that he wishes to rely on what he has already filed (*i.e.*, his successive § 2255 petition)."

    I respectfully request an additional 30 days, i.e., until June 1, 2020, to file an amended § 2255 motion in response to the Court's order. The government does not oppose this request.

    I seek this extension because I did not become aware of the Court's order until approximately April 17, 2020. Moreover, my other commitments to the Second Circuit and the District Court prevent me from meeting the current deadline. In particular, I have been busy filing a number of emergency motions on behalf of incarcerated clients whose health is at risk because of the current COVID-19 epidemic. Further, I have a petition for rehearing due in the Circuit on May 13, 2020, a principal brief due on May 20, 2020, and another principal brief due on May 28, 2020. Because I must work from home, the pandemic has made meeting these deadlines exceedingly difficult.

Honorable Denny Chin  Page 2
United States Circuit Judge  April 28, 2020
Thurgood Marshall U.S. Courthouse

Re:  *United States v. Eladio Padilla*, 97 Cr. 809 (DC)
 *Eladio Padilla v. United States*, 16 Civ. 3622 (DC)

Accordingly, I respectfully request until June 1, 2020, to file an amended § 2255 motion on Mr. Padilla's behalf.

Respectfully submitted,

/s/
**EDWARD S. ZAS**
Assistant Federal Defender
Tel.: (212) 417-8748

cc: Nicholas Folly, Esq.
 Assistant United States Attorney
 Southern District of New York
 (by ECF)

Application GRANTED.

SO ORDERED.
S/ Denny Chin
April 29, 2020
U.S.C.J.
Sitting By Designation