```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :        ORDER

        - against -                :        97 Cr. 809 (DC)
                                            02 Civ. 5992 (DC)
ELADIO PADILLA,                    :        16 Civ. 3622 (DC)

                Defendant.         :

- - - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge**:

On August 23, 2020, defendant Eladio Padilla asked the Court for an extension to file his reply in support of his amended § 2255 motion. This request was granted, but a new deadline was not set. It is hereby ordered that Padilla must file his reply no later than Monday, September 28, 2020.

SO ORDERED.

Dated:   New York, New York
         August 27, 2020

                                    ___s/Denny Chin_____
                                    DENNY CHIN
                                    United States Circuit Judge
                                    Sitting by Designation